United States Court of Appeals
Fifth Circuit

**F I L E D**

July 5, 2006

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 05-50615
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RICHARD FEDERMANN,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:04-CR-216-ALL
--------------------

Before REAVLEY, STEWART and OWEN, Circuit Judges.

PER CURIAM:[*]

Richard Federmann appeals the 546-month sentence imposed following his guilty-plea conviction of possession with intent to distribute heroin, distribution of heroin to a person under 21 years of age, and aiding and abetting. He contends that the sentence, which exceeded the guideline range of 262 to 327 months of imprisonment, was unreasonable. He argues that the district court failed to properly articulate reasons for the sentence and improperly considered his age in determining the sentence.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

We review the sentence for reasonableness.  <u>See</u> <u>United
States v. Mares</u>, 402 F.3d 511, 520 (5th Cir.), <u>cert. denied</u>,
126 S. Ct. 43 (2005).  The district court considered the
Sentencing Guidelines, the sentencing factors set forth in 18
U.S.C. § 3553(a), and thoroughly articulated the reasons for
imposing a non-Guidelines sentence in this case.  <u>See</u> <u>United
States v. Smith</u>, 440 F.3d 704, 707 (5th Cir. 2006).  A review of
those reasons shows that the district court did not fail to
account for a sentencing factor that should have received
significant weight, did not give significant weight to an
irrelevant or improper factor, nor was the sentence imposed the
result of clear error in balancing the sentencing factors.  <u>Id.</u>
at 708.  Accordingly, the judgment is AFFIRMED.